# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re: WORCH, JOSHUA KEITH § Case No. 8:09-BK-17083-MGW
     WORCH, DANIELLE ELIZABETH §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 04, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $ 7,308.88

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 215.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]       $ | 7,093.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/18/2011 and the deadline for filing governmental claims was 01/31/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,480.89. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,480.89, for a total compensation of $1,480.89.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $177.28, for total expenses of $177.28.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/03/2013          By: /s/LAUREN P. GREENE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:09-BK-17083-MGW  
**Case Name:** WORCH, JOSHUA KEITH  
WORCH, DANIELLE ELIZABETH  
**Period Ending:** 05/03/13  

**Trustee:** (290200) LAUREN P. GREENE  
**Filed (f) or Converted (c):** 08/24/10 (c)  
**§341(a) Meeting Date:** 10/19/10  
**Claims Bar Date:** 01/18/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Homestead: 1504 Delano Trent Street, Ruskin FL K | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Security deposits with public utilities, telepho | 340.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings, including audio | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, pictures and other art objects, antiques, | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and jewelry. | 1,000.00 | 3,720.00 | | 3,720.00 | FA |
| 9 | Interests in insurance policies.  Name insurance | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Interests in insurance policies.  Name insurance | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Interests in an education IRA as defined in 26 U | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Interests in IRA, ERISA, Keogh, or other pension | 2,836.00 | 0.00 | | 0.00 | FA |
| 13 | 2005Nissan Altima | 4,700.00 | 0.00 | | 0.00 | FA |
| 14 | 2005 honda pilot | 10,500.00 | 0.00 | | 0.00 | FA |
| 15 | 2009 tax refund  (u) | 0.00 | 3,588.88 | | 3,588.88 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$171,776.00** | **$7,308.88** | | **$7,308.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

(10/20/10) MOTION & ORDER TO EXTEND TIME; REQUEST FOR APPRAISAL OF VEHICLE; JEWELRY AND COPY OF 2009 TAX RETURN.  (11/19/10) CORRES. RE: PRODUCTION OF DOCUMENTS (SECOND REQUESTED).  (7/18/11) TRUSTEE'S MOTION TO COMPEL TURNOVER  (8/19/11) ORDER GRANTING MOTION FOR TURNOVER   (9/14/11) CORRES. RE: NON EXEMPT PORTION OF TAX REFUND AND JEWELRY.  (10/5/11) SECOND REQUEST RE: BUY BACK  (10/12/11) TRUSTEE'S MOTION TO COMPEL TURNOVER  (11/28/11) ORDER GRANTING MOTION FOR TURNOVER   (2/8/12) TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE. (2/17/12) PAYMENTS TO BE MADE CONSECUTIVE MONTHLY COMMENCING 3/1/12 AT $705.88.

(3/20/13) CORRES. RE: DELINQUENCY IN PAYMENTS.

(4/17/13) RENEWED MOTION FOR ORDER TO SHOW CAUSE.

(5/3/13) Case Closed.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 8:09-BK-17083-MGW
**Case Name:** WORCH, JOSHUA KEITH
WORCH, DANIELLE ELIZABETH
**Period Ending:** 05/03/13

**Trustee:** (290200)   LAUREN P. GREENE
**Filed (f) or Converted (c):** 08/24/10 (c)
**§341(a) Meeting Date:** 10/19/10
**Claims Bar Date:** 01/18/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   May 1, 2011     **Current Projected Date Of Final Report (TFR):**   May 3, 2013  (Actual)

Printed: 05/03/2013 09:06 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8:09-BK-17083-MGW
**Case Name:** WORCH, JOSHUA KEITH
  WORCH, DANIELLE ELIZABETH
**Taxpayer ID #:** **-***5621
**Period Ending:** 05/03/13

**Trustee:** LAUREN P. GREENE (290200)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******86-66 - Checking Account
**Blanket Bond:** $3,423,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/12 | {8} | JOSHUA WORCH | PAYMENT ON ACCT. - REPURCHASE PERS. PROP. | 1129-000 | 705.88 | | 705.88 |
| 05/04/12 | {8} | JOSHUA WORCH | PAYMENT ON ACCT. - REPURCHASE OF PERS. PROP. | 1129-000 | 705.88 | | 1,411.76 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,386.76 |
| 06/04/12 | {8} | JOSHUA WORCH | PAYMENT ON ACCT. - REPURCHASE OF PERS. PROP. | 1129-000 | 705.88 | | 2,092.64 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,067.64 |
| 07/02/12 | {8} | JOSHUA WORCH | PAYMENT ON ACCT. REPURCHASE OF PERS. PROP. | 1129-000 | 705.88 | | 2,773.52 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,748.52 |
| 08/10/12 | {8} | JOSHUA WORCH | PAYMENT ON ACCT. - REPURCHASE OF PERS. PROP. | 1129-000 | 705.88 | | 3,454.40 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,429.40 |
| 09/04/12 | | JOSHUA WORCH | PAYMENT ON ACCT. - TAX REFUND AND REPURCHASE OF PERS. PROP. | | 705.88 | | 4,135.28 |
| | {8} | | 190.60 | 1129-000 | | | 4,135.28 |
| | {15} | | 515.28 | 1224-000 | | | 4,135.28 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,110.28 |
| 10/08/12 | {15} | JOSHUA WORCH | PAYMENT ON ACCT. - TAX REFUND | 1224-000 | 705.88 | | 4,816.16 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,791.16 |
| 11/12/12 | {15} | JOSHUA WORCH | PAYMENT ON ACCT. - TAX REFUND | 1224-000 | 705.88 | | 5,497.04 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,472.04 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029020088 20121213 | 9999-000 | | 5,472.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,647.04 | 5,647.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,472.04 | |
| | | | **Subtotal** | | 5,647.04 | 175.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,647.04** | **$175.00** | |

{} Asset reference(s)                                                                                   Printed: 05/03/2013 09:06 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 8:09-BK-17083-MGW | | **Trustee:** | LAUREN P. GREENE (290200) |
|---|---|---|---|---|
| **Case Name:** | WORCH, JOSHUA KEITH | | **Bank Name:** | Rabobank, N.A. |
| | WORCH, DANIELLE ELIZABETH | | **Account:** | ****325466 - Checking Account |
| **Taxpayer ID #:** | **-***5621 | | **Blanket Bond:** | $3,423,000.00  (per case limit) |
| **Period Ending:** | 05/03/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,472.04 | | 5,472.04 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,462.04 |
| 01/11/13 | {15} | JOSHUA WORCH | PAYMENT ON ACCT. - TAX REFUND | 1224-000 | 705.88 | | 6,167.92 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,157.92 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,147.92 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,137.92 |
| 04/30/13 | {15} | JOSHUA WORCH | PAYMENT ON ACCT. - TAX REFUND | 1224-000 | 250.00 | | 6,387.92 |
| 04/30/13 | {15} | JOSHUA WORCH | PAYMENT ON ACCT. - TAX REFUND | 1224-000 | 705.96 | | 7,093.88 |
| | | | **ACCOUNT TOTALS** | | 7,133.88 | 40.00 | **$7,093.88** |
| | | | Less: Bank Transfers | | 5,472.04 | 0.00 | |
| | | | **Subtotal** | | 1,661.84 | 40.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,661.84** | **$40.00** | |

Net Receipts : 7,308.88

Net Estate : $7,308.88

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******86-66** | 5,647.04 | 175.00 | 0.00 |
| **Checking # ****325466** | 1,661.84 | 40.00 | 7,093.88 |
| | **$7,308.88** | **$215.00** | **$7,093.88** |

{} Asset reference(s)                                                      Printed: 05/03/2013 09:06 AM    V.13.13

# Exhibit "C" - Claims Analysis

**Case:  8:09-BK-17083-MGW          WORCH, JOSHUA KEITH**

Claims Bar Date:  01/18/11

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Progressive Finance<br>11629 South 700 East<br>Ste 250<br>Draper, UT 84020 | Secured<br>08/14/09 | | $3,954.08<br>$0.00 | $0.00 | $0.00 |
| 10 | Wells Fargo Bank, NA<br>1 Home Campus,Bankruptcy Payment Processing,MAC# x2302-04c<br>Des Moines, IA 50328 | Secured<br>09/09/09 | | $156,611.49<br>$0.00 | $0.00 | $0.00 |
| 11 | Bay Gulf Credit Union<br>3202 W Waters Ave<br>Tampa, FL 33614 | Secured<br>09/14/09 | | $14,847.99<br>$0.00 | $0.00 | $0.00 |
| 1 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured<br>08/12/09 | | $2,001.20<br>$2,001.20 | $0.00 | $2,001.20 |
| 3 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured<br>08/20/09 | | $1,530.63<br>$1,530.63 | $0.00 | $1,530.63 |
| 4 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>08/21/09 | | $6,283.63<br>$6,283.63 | $0.00 | $6,283.63 |
| 5 | CitiFinancial Retail Services<br>P O Box 140489<br>Irving, TX 75014-0489 | Unsecured<br>08/31/09 | | $6,121.76<br>$6,121.76 | $0.00 | $6,121.76 |
| 6 | ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175 | Unsecured<br>09/01/09 | | $3,232.00<br>$3,232.00 | $0.00 | $3,232.00 |
| 7 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured<br>09/03/09 | | $838.48<br>$838.48 | $0.00 | $838.48 |
| 8 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured<br>09/03/09 | | $1,398.03<br>$1,398.03 | $0.00 | $1,398.03 |
| 9 | ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175 | Unsecured<br>09/04/09 | | $6,539.98<br>$6,539.98 | $0.00 | $6,539.98 |

# Exhibit "C" - Claims Analysis

**Case:  8:09-BK-17083-MGW**            **WORCH, JOSHUA KEITH**

Claims Bar Date:   01/18/11

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>09/15/09 | | $5,803.92<br>$5,803.92 | $0.00 | $5,803.92 |
| 13 | ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175 | Unsecured<br>09/21/09 | | $2,361.53<br>$2,361.53 | $0.00 | $2,361.53 |
| 14 | Dept of Ed Student Loan<br>ACS<br>PO Box 22724<br>Long Beach, CA 90801-5724 | Unsecured<br>10/05/09 | | $4,188.00<br>$4,188.00 | $0.00 | $4,188.00 |
| 15 | Dept of Ed Student Loan<br>ACS<br>PO Box 22724<br>Long Beach, CA 90801-5724 | Unsecured<br>10/05/09 | | $4,204.00<br>$4,204.00 | $0.00 | $4,204.00 |
| 16 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Unsecured<br>10/06/09 | | $5,808.77<br>$5,808.77 | $0.00 | $5,808.77 |
| 17 | St.Joseph's Hospital<br>c/o Joseph Giambalvo, Esquire<br>1012 Drew Street<br>Clearwater, FL 33755 | Unsecured<br>10/07/09 | | $778.43<br>$778.43 | $0.00 | $778.43 |
| 18 | United States Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | Unsecured<br>10/08/09 | | $43,332.22<br>$43,332.22 | $0.00 | $43,332.22 |
| 19 | INPHYNET CONTRACTING SRV,INC.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541 | Unsecured<br>10/13/09 | | $469.83<br>$469.83 | $0.00 | $469.83 |
| 20 | Brandon Regional Hospital<br>c/o B-Line, LLC<br>MS 550,PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured<br>10/26/09 | | $954.40<br>$954.40 | $0.00 | $954.40 |
| 21 | eCAST Settlement Corporation<br>assignee of Chase<br>Bank USA NA<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured<br>10/27/09 | | $11,455.55<br>$11,455.55 | $0.00 | $11,455.55 |

# Exhibit "C" - Claims Analysis

**Case:** 8:09-BK-17083-MGW          **WORCH, JOSHUA KEITH**

Claims Bar Date: 01/18/11

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Capital One, N.A. | Unsecured | | $2,870.61 | $0.00 | $2,870.61 |
| | c/o Bass & Associates, P.C. | 11/30/09 | | $2,870.61 | | |
| | 3936 E. Ft. Lowell Road, Suite #200 | | | | | |
| | Tucson, AZ 85712 | | | | | |
| 23 | Progressive Finance | Unsecured | | $3,873.08 | $0.00 | $3,873.08 |
| | 11629 South 700 East | 12/02/10 | | $3,873.08 | | |
| | Ste 250 | | | | | |
| | Draper, UT 84020 | | | | | |

                                                              **Case Total:**         **$0.00**      **$114,046.05**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:09-BK-17083-MGW
Case Name: WORCH, JOSHUA KEITH
Trustee Name: LAUREN P. GREENE

**Balance on hand:** $ 7,093.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Progressive Finance | 3,954.08 | 0.00 | 0.00 | 0.00 |
| 10 | Wells Fargo Bank, NA | 156,611.49 | 0.00 | 0.00 | 0.00 |
| 11 | Bay Gulf Credit Union | 14,847.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,093.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LAUREN P. GREENE | 1,480.89 | 0.00 | 1,480.89 |
| Trustee, Expenses - LAUREN P. GREENE | 177.28 | 0.00 | 177.28 |

Total to be paid for chapter 7 administration expenses: $ 1,658.17
Remaining balance: $ 5,435.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor Fees - Stanley Galewski, Esquire | 2,234.89 | 0.00 | 2,234.89 |

Total to be paid for prior chapter administrative expenses: $ 2,234.89
Remaining balance: $ 3,200.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,200.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,046.05 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 2,001.20 | 0.00 | 56.17 |
| 3 | Credit First National Association | 1,530.63 | 0.00 | 42.96 |
| 4 | Discover Bank | 6,283.63 | 0.00 | 176.36 |
| 5 | CitiFinancial Retail Services | 6,121.76 | 0.00 | 171.81 |
| 6 | ECMC | 3,232.00 | 0.00 | 90.71 |
| 7 | Roundup Funding, LLC | 838.48 | 0.00 | 23.53 |
| 8 | Roundup Funding, LLC | 1,398.03 | 0.00 | 39.24 |
| 9 | ECMC | 6,539.98 | 0.00 | 183.55 |
| 12 | American Express Centurion Bank | 5,803.92 | 0.00 | 162.89 |
| 13 | ECMC | 2,361.53 | 0.00 | 66.28 |
| 14 | Dept of Ed Student Loan | 4,188.00 | 0.00 | 117.54 |
| 15 | Dept of Ed Student Loan | 4,204.00 | 0.00 | 117.99 |
| 16 | Vanda, LLC | 5,808.77 | 0.00 | 163.03 |
| 17 | St.Joseph's Hospital | 778.43 | 0.00 | 21.85 |
| 18 | United States Department of Education | 43,332.22 | 0.00 | 1,216.15 |
| 19 | INPHYNET CONTRACTING SRV,INC. | 469.83 | 0.00 | 13.19 |
| 20 | Brandon Regional Hospital | 954.40 | 0.00 | 26.79 |
| 21 | eCAST Settlement Corporation assignee of Chase | 11,455.55 | 0.00 | 321.51 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 22 | Capital One, N.A. | 2,870.61 | 0.00 | 80.57 |
| 23 | Progressive Finance | 3,873.08 | 0.00 | 108.70 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 3,200.82 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**